# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LINDSEY WERT,**<br><br>    Plaintiff,<br><br>  **vs.**<br><br>**EQUIFAX INFORMATION SERVICES, LLC,**<br><br>    Defendant. | Case No. 4:20-CV-3715-YGR<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: Dkt. No. 28 |

Plaintiff has filed a notice of settlement. (Dkt. No. 28.)  Accordingly, it is **ORDERED** that this case is **DISMISSED**.  It is further **ORDERED** that if any party certifies to this Court, with proper notice to opposing counsel within sixty (60) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this case shall be restored to the calendar for further proceedings.

This Order terminates the case.

**IT IS SO ORDERED.**

Dated: **August 13, 2021**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**